**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| DEBRA DIANE CROY, ) | CASE NO. 05-17204 |
| ) | Chapter 7 |
| DEBTOR(S). ) | |

## NOTICE OF UNCLAIMED FUNDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Unclaimed Funds pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that check(s) issued to the following creditor(s) were returned due to incorrect addresses and no forwarding orders were on file with the U.S. Postal Service:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Marshall Field | P.O. Box 66955<br>St. Louis, MO 63166 | $227.28 |
| L.S. Ayres | P.O. Box 66955<br>St. Louis, MO 63166 | $368.40 |
| | Total | $595.68 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $595.68 with the Clerk of the U.S. Bankruptcy Court, representing unclaimed funds in the above-referenced bankruptcy case.

**Dated: October 26, 2010**

           **Respectfully submitted,**

           **CHAPTER 7 TRUSTEE**
           **444 EAST MAIN STREET**
           **FORT WAYNE, INDIANA 46802**
           **TELEPHONE: (260) 426-0444**
           **FAX: (260) 422-0274**
           **EMAIL: mseifert@hallercolvin.com**

           **BY: /s/ Martin E. Seifert**
               **MARTIN E. SEIFERT**
               **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Unclaimed Funds has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 26th day of October, 2010, to:

Gary D. Lebrato, Esq.
Lebrato Law Offices
6424 Bluffton Road
Fort Wayne, IN 46809

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

Marshall Field
P.O. Box 66955
St. Louis, MO 63166

LS Ayres
P.O. Box 66955
St. Louis, MO 63166

    /s/ Martin E. Seifert
**MARTIN E. SEIFERT**